# FORM A

Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER UNDER 42 U.S.C. § 1983 or UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

Majustic Shepard #626784

_____

(Full name of the Plaintiff(s) in this action)

v.

Dwayne Clark

_____

_____

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:22CV 133 DJH
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) Plaintiff(s). Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Majustic Shepard

Place of Confinement: Louisville Metro Department of Corrections

Address: 400 South Sixth Street, Louisville, Ky 40202

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Dwayne Clark_ is employed as _Director_ at _Louisville Metro Department of Corrections_

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

    Plaintiff(s): _____

_____

    Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Def. Dwayne Clark violated plaintiff Majustic Shepard fourteenth Amendment Right under the color of state Law, Defendant Dwayne clark is the Director at Louisville Metro Jail. Defendant Dwayne clark put plaintiff Majustic Shepard at risk of contracting covid virus By Defendant Dwayne Clark and his Administration staff at Louisville Metro Department of Corrections housed and placed plaintiff in a Dorm that was overcrowded and unsanitary with Sick Inmates which plaintiff contracted covid-19 as a result, Defendant Dwayne clark put deliberate indifference to plaintiff Safety and health. plaintiff file a grievance Brief Statement of grievance: first shift took our Brooms and Mop to early when our dorm didn't get the chance to Clean yet and all we did was ask for Bleach and chemicals in the officers was Being unprofessional with their authority. plaintiff sent a copy of the grievance.

## III. STATEMENT OF CLAIM(S) continued

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5

III. STATEMENT OF CLAIM(S) continued

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

____ award money damages in the amount of $ _____

✓ grant injunctive relief by  Home Incarceration

✓ award punitive damages in the amount of $ 5. Million

____ other: _____

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 3 day of March, 2022.

Majustic Shepard
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 3-3-22.

Majustic Shepard
(Signature)

6

Majustic Shepard #626784
L.M.D.C.
400 South Sixth Street
Louisville, KY 40202

LOUISVILLE KY 400
3 MAR 2022 PM 2 L



Office of the Clerk
601 W. Broadway, Rm 106
Gene Snyder United States Courthouse
Louisville, KY 40202

22 MAR -4 PM 12:44
FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

40202-222731

Legal Mail

Date 3-3-22

Not Responsible
Louisville Metro Corrections Department
UNCENSORED
MAIL



Handle with Care