

## Louisville Metro Department of Corrections

### Inmate Grievance Form

Grievance Number _____

| Security | | Property | | Use of Force | |
|---|---|---|---|---|---|
| Classification | | Food Service | | Administration | |
| Medical | | Maintenance | | Other | |

Name __Majustic Shepard__     CIN Number __626784__

Housing Assignment __J4-6A__     Date __2-26-2022__

**Brief Statement of Grievance**

first shift took our Brooms and mop to early when our dorm didnt get the chance to Clean yet and all we did was ask for bleach and chemicals in the officers was Being unprofessional with their athority

**Action Requested**

Make Sure we get Cleaning Supplies and correct the officers on their unprofessional Behavior.

__Majustic Shepard__  __2-26-22__
Grievant Signature    Date      Grievance Counselor    Date

**Resolution Response**

**Recommendations**

_____

Supervisor/Staff Signature      Date

( ) I am satisfied with the recommendation.
( ) I wish to appeal this recommendation to the Director (You have five (5) working days to forward this form to the Director).

_____
Grievant Signature    Date     Grievance Counselor    Date
03-5.02-1  3/11
Original: File     Yellow: Inmate Copy with Response     Pink: Inmate Initial Grievance