UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MAJUSTIC SHEPARD,                                                      Plaintiff,

v.                                                    Civil Action No. 3:22-cv-P133-DJH

DWAYNE CLARK,                                            Defendant.

\* \* \* \* \*

**MEMORANDUM AND ORDER**

Plaintiff Majustic Shepard filed this *pro se* prisoner action under 42 U.S.C. § 1983. Plaintiff filed a motion captioned as a "motion for interrogatorie[s] for Defendant Dwayne Clark by Plaintiff Majustic Shepard" (Docket No. 9). He lists twenty interrogatories directed to Defendant.

Plaintiff must conduct discovery in accordance with the Federal Rules of Civil Procedure. The proper way to serve interrogatories is to serve them on the other party pursuant to Fed. R. Civ. P. 33, not through a motion filed with the Court. If Plaintiff is unsatisfied with a response to his interrogatories, he must first confer with Defendant's counsel to resolve the dispute without the Court's involvement. If he is still unsatisfied, he may then file a motion to compel under Fed. R. Civ. P. 37 and state the specific information he seeks and why he believes that he is entitled to it. Plaintiff is directed to refer to the Court's *Pro Se* Prisoner Handbook for further explanation of the discovery process. Accordingly, it is hereby

**ORDERED** that the motion for interrogatories (DN 9) is **DENIED**.

Date: January 9, 2023

David J. Hale, Judge
United States District Court

cc: Plaintiff, *pro se*
     Counsel of record
4415.010