UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MAJUSTIC SHEPARD, Plaintiff,

v. Civil Action No. 3:22-cv-P133-DJH

DWAYNE CLARK, Defendant.

\* \* \* \* \*

### ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that the instant action is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a **final Order**.

All pending motions are **DENIED as moot**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: February 8, 2023

David J. Hale, Judge
United States District Court

cc: Plaintiff, *pro se*
Counsel of record
4415.010